IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PATRICK ANTWAIN GILES,** | : |
| Plaintiff, | : |
| vs. | :  CIVIL ACTION 21-0120-KD-C |
| **ARNITA LASISTER,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 1st day of November 2021.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**